UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
JAN 31 2005
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA

ORDER FOR RETURN OF
DEPOSIT OF BAIL

VS

REC# 38764
02-MG-8101-01

CESAR PINA

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of, FIVE THOUSAND DOLLARS, ($5,000.00), was deposited in the registry of this Court as security for the said recognizance, and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this 27th day of JANUARY, 2005.

Ordered that the sum of FIVE THOUSAND DOLLARS, ($5,000.00) be paid to CEESAR AND ROSE PINA, 234 CLIFTON AVE., CLIFTON, N.J. 07011.

_____
JOHN W. BISSELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT